IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMEL LASSITER<br>*Plaintiff-pro se* | : | CIVIL ACTION |
| | : | |
| | : | NO. 14-4130 |
| v. | : | |
| | : | |
| DRC-GAUDENZIA, *et al.*<br>*Defendants* | : | |

# ORDER

**AND NOW**, this 9th day of April 2015, upon consideration of Defendants' *motions to dismiss* filed pursuant to Federal Rule of Civil Procedure 12(b)(6), [ECF 16, 17, 19, 20, and 22], to which no opposition was filed, and the allegations contained in the amended complaint of Plaintiff Jamel Lassiter ("Plaintiff"), [ECF 5 and 6], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Plaintiff's amended complaint is **DISMISSED**, with prejudice. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.